## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| RONALD CARSON AND SHANNON CARSON | § § | |
| Debtor(s) | § | Case No. 15-34431-hdh13 |

**STATEMENT IN RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-HE11, ASSET-BACKED CERTIFICATES SERIES 2005-HE11 (hereinafter "Creditor") files the following statement in response to Chapter 13 Trustee, Thomas Powers' (hereinafter "Trustee") Notice of Final Cure Payment.

1. Creditor agrees that as of 04/03/20 it has received $1,175.45 on pre-petition arrears.

2. The Debtors are otherwise current and are post-petition due for the 05/01/2020 ongoing mortgage payment.

Date: <u>April 20, 2020</u>

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
Email: swu@mwzmlaw.com

By: */s/ Stephen Wu*
Stephen Wu (Bar No. 24042396)

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Stephen Wu (Bar No. 24042396)
Chelsea Schneider (Bar No. 24079820)

17-000277-850-2

## Certificate of Service

A copy of this statement was served on the persons listed below, in the manner listed below on April 20, 2020.

By: */s/ Stephen Wu*

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Stephen Wu (Bar No. 24042396)
Chelsea Schneider (Bar No. 24079820)

Via Pre-Paid U.S. Mail:
**Ronald Carson and Shannon Carson**
1332 Parkmont Drive
Garland, TX 75041
Debtor(s)

Via ECF:
**Christopher Marvin Lee**
8701 Bedford Euless Road
Suite 510
Hurst, TX 76053
Attorney for Debtor(s)

Via ECF:
**Thomas Powers**
105 Decker Court, Ste 1150
Irving, TX 75062
13 Trustee

Via ECF:
US Trustee

17-000277-850-2